IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ESTATE OF MARIE TOMEI, DECEASED, BY THE EXECUTOR AD LITEM JAMES FLANDREAU, ESQUIRE<br><br>v.<br><br>H&H MANUFACTURING CO., INC. | CIVIL ACTION<br>NO. 18-641 |

## ORDER

AND NOW, this 25th day of **April 2019**, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (ECF No. 22) and Defendant's Response in Opposition (ECF No. 24); Intervenor's Motion for Judgment on the Pleadings (ECF No. 30) and Defendant's Response in Opposition (ECF No. 31); as well as Defendant's Motion for Judgment on the Pleadings (ECF No. 23), Plaintiff's Response in Opposition (ECF No. 27), Intervenor's Response in Opposition (ECF No. 29), and Defendant's Reply (ECF No. 38), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion for Judgment on the Pleadings (ECF No. 22) and Intervenor's Motion for Judgment on the Pleadings (ECF No. 30) are **GRANTED** and H&H's Motion for Judgment on the Pleadings (ECF No. 23) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, JUDGE

1